IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BOBBIE JO YOUNKER,

Plaintiff,

v.

CITY OF WOOD RIVER, ILLINOIS, et al.,

Defendant.

Case: 22-204 JPG

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 8/22/2023                     MONICA A. STUMP, Clerk of Court

                                        <u>s/ Tina Gray, Deputy Clerk</u>


**Approved:**    <u>s/J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**